Félix Bernard

2089 Anthony Ave

Bronx, NY 10457

License #903 894 130

Email: fbernard65@gmail.com

Phone: 917-912-9691


Bankruptcy Court

615-3 Alexander Hamilton House

1 Bowling Green

New York, NY 10004-1408

www.nysb.uscourts.gov


December 9, 2025


Subject: Request to Refile Petition #25-12014-PB


Dear Sir or Madam,

I respectfully request permission to refile Petition #25-12014-PB, dated September 16, 2025, at 10:22 AM, which was previously denied due to a missing requirement.

I appreciate your attention to this matter and look forward to your confirmation.

Sincerely,

*[signature: Félix Bernard]*

Félix Bernard

FILED
U.S. BANKRUPTCY COURT
2025 DEC 10 A 10: 26
S.D.N.Y.