**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Felix Bernard | CASE NO.: 25−12014−jpm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−3958 | CHAPTER: 13 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P. Mastando III on December 10, 2025 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: December 10, 2025          Vito Genna
                                  Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-12014-jpm |
| Felix Bernard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: 144 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felix Bernard, 2089 Anthony Avenue, Bronx, NY 10457-2901 |
| 8620733 | + | Citigroup Mortgage Loan Trust 2021 RP2, 390 Greenwich Street 4th Floor, New York, NY 10013-2362 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Dec 10 2025 19:11:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 10 2025 19:11:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Dec 10 2025 19:10:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8622233 | + | Email/Text: RASEBN@raslg.com | Dec 10 2025 19:10:00 | CitiGroup Mortgage Loan Trust 2021-RP2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 8622234 | + | Email/Text: RASEBN@raslg.com | Dec 10 2025 19:10:00 | Deutsche Bank Trust Company Americas, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 8620736 | ^ | MEBN | Dec 10 2025 19:08:00 | NewRez, POB 24738, West Palm Beach, FL 33416-4738 |
| 8620735 | + | Email/Text: RASEBN@raslg.com | Dec 10 2025 19:10:00 | Robertson Anshutz Schneid, Crane & Partners PLLC, Attorney for Plaintiff, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 8620734 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 10 2025 19:11:00 | US Bank National Association, As Trustee for Citigroup Mortgage, Loan Trust 2021 RP2, Attn CMLTl 2020-RP2, 60 Livingston Avenue EP-MN-WS3D, St Paul, MN 55107-2292 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

25-12014-jpm    Doc 19    Filed 12/12/25    Entered 12/13/25 00:10:34    Imaged
Certificate of Notice    Pg 3 of 3

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 144 | Total Noticed: 10 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Suzanne Youssef | on behalf of Creditor Deutsche Bank Trust Company Americas syoussef@raslg.com  syoussef@ecf.courtdrive.com |
| Suzanne Youssef | on behalf of Creditor CitiGroup Mortgage Loan Trust 2021-RP2 syoussef@raslg.com  syoussef@ecf.courtdrive.com |
| Thomas C. Frost | info@FrostSDNY13.com  trusteeNYSBkp@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4